# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TWARDZIK, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HP INC., and NVIDIA CORPORATION, <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 21-396-CFC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications counsel moves the admissions *pro hac vice* of Laurence Pulgram, Molly Melcher and Sapna Mehta of Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104 to represent Defendants HP Inc. and NVIDIA Corporation in this matter.

 /s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendants HP Inc. and NVIDIA Corporation*

Dated: July 9, 2021

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____   _____
                                                   CHIEF UNITED STATES DISTRICT
                                                   JUDGE

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*Laurence Pulgram*
Laurence F. Pulgram
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
lpulgram@fenwick.com

Dated:  July 8, 2021

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

 

*Molly Melcher*
Molly Melcher
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
mmelcher@fenwick.com

Dated: July 8, 2021

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective September 1, 2016, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*Sapna Mehta*
Sapna S. Mehta
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
smehta@fenwick.com

Dated:  July 8, 2021

RLF1 25627438v.1