## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MARK TWARDZIK, on behalf of himself
and all others similarly situated,

        Plaintiffs,

    v.

HP INC., and NVIDIA CORPORATION,

        Defendants.

C.A. No. 21-396-CFC

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff filed his First Amended Class Action Complaint on August 13, 2021 (D.I. 15) (the "Amended Complaint");

WHEREAS, on August 27, 2021, Defendants moved to dismiss the Amended Complaint and filed their Opening Brief in support thereof (D.I. 16-19) (the "Motion to Dismiss"); and

WHEREAS, the parties have conferred regarding an appropriate briefing schedule for the Motion to Dismiss.

NOW, THEREFORE, the parties hereby stipulate, subject to the approval of the Court, that the following schedule shall govern the parties' briefing of the Motion to Dismiss:

    (a)    Plaintiff shall file his Answering Brief in opposition to the

Motion to Dismiss on or before September 20, 2021;

(b)     Defendants shall file their Reply Brief in support of the Motion

to Dismiss on or before October 4, 2021.

| | |
|---|---|
| */s/ P. Bradford deLeeuw* | */s/ Kelly E. Farnan* |
| P. Bradford deLeeuw (#3569) | Kelly E. Farnan (#4395) |
| deLeeuw Law LLC | Richards, Layton & Finger, P.A. |
| 1301 Walnut Green Road | One Rodney Square |
| Wilmington, DE  19807 | 920 N. King Street |
| (302) 274-2180 | Wilmington, DE 19801 |
| brad@deleeuwlaw.com | (302) 651-7700 |
| | farnan@rlf.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants HP Inc. and* |
| | *NVIDIA Corporation* |

Dated: September 3, 2021

SO ORDERED, this ___ day of September 2021.

_____
The Honorable Colm F. Connolly
Chief United States District Judge

2