# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARK TWARDZIK, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC. and NVIDIA CORPORATION,<br><br>Defendants. | )<br>)<br>) C.A. No. 21-396-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Defendants HP Inc. and NVIDIA Corporation (collectively, "Defendants") respectfully request oral argument on Defendants' Motion to Dismiss First Amended Complaint (D.I. 16). Briefing on the motion is now complete (D.I. 17, 18, 19, 21, 22).

OF COUNSEL:
Laurence Pulgram
Molly Melcher
Sapna Mehta
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Dated: October 8, 2021

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com

*Attorneys for Defendants HP Inc. and NVIDIA Corporation*