IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MARK TWARDZIK, individually and
on behalf of all others similarly situated

      *Plaintiff*,

v.

HP INC., NVIDIA CORPORATION

      *Defendants*.

No. 1:21-cv-00396-SB

### ORDER

I **GRANT** Defendants' Motion to Dismiss [D.I. 16] and **DISMISS WITH PREJUDICE** Plaintiff Mark Twardzik's claims. I direct the clerk to **CLOSE** the case.

Dated: January 25, 2022

                                                                _____
                                                               UNITED STATES CIRCUIT JUDGE